THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
LeGrand Kelando,       
Appellant.
 
 
 

Appeal From Aiken County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-081
Submitted November 19, 2003  Filed 
 February 12, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent. 

 
 
 

PER CURIAM:  LeGrand Kelando appeals his 
 conviction and sentence for trafficking in crack cocaine.  Counsel for Kelando 
 attached to the final brief a petition to be relieved as counsel.  Kelando did 
 not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Kelandos 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
STILWELL and BEATTY, JJ., and CURETON, 
 A.J., concur.